

**VIA CM/ECF**

Stamatios Stamoulis<br>stamoulis@swdelaw.com

February 24, 2022

The Honorable William C. Bryson
United States Court of Appeals
717 Madison Place, N.W.
Washington, DC 20439-0000

    **RE:** *FG SRC LLC v. Xilinx, Inc.*, No. 1:20-cv-00601-LPS
          <u>Unopposed Request Regarding Discovery Dispute</u>

Dear Judge Bryson:

    Pursuant to the Court's Order (D.I. 111), the parties have conferred regarding their discovery disputes which are currently before the Court. SRC submits this letter to update the Court on the status of the parties' negotiations. The parties have reached an agreement regarding said disputes. SRC respectfully requests that the Court enter this unopposed order whereupon the discovery disputes presently before the Court will be resolved. Xilinx does not oppose.

                                                    Respectfully,

                                                    */s/ Stamatios Stamoulis*

                                                    Stamatios Stamoulis #4606
                                                    *Counsel for Plaintiff FG SRC LLC*