IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FG SRC LLC,<br><br>   Plaintiff,<br><br> v.<br><br>XILINX, INC.,<br><br>   Defendant. | C.A. No. 20-cv-601-WCB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2022, a true and correct copy of **XILINX, INC.'S SECOND SET OF INTERROGATORIES (NOS. 15-23)** was caused to be served by electronic mail on the counsel of record listed below:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Michael W. Shore<br>Alfonso Garcia Chan<br>Ari B. Rafilson<br>William D. Ellerman<br>Paul T. Beeler<br>SHORE CHAN LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75202<br>TeamFGSRC_Xilinx@shorechan.com |

Dated: March 17, 2022    FISH & RICHARDSON P.C.

            By: */s/ Warren K. Mabey, Jr.*
              Warren K. Mabey, Jr. (#5775)
              222 Delaware Avenue, 17th Floor
              Wilmington, DE 19801
              Telephone: (302) 652-5070
              Email: mabey@fr.com

David M. Hoffman
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Email: dhoffman@fr.com

Esha Bandyopadhyay
Bryan K. Basso
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070
Email: bandyopadhyay@fr.com
basso@fr.com

Ashley A. Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-879-7229
Email: bolt@fr.com

Ryan M. Teel
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Email: teel@fr.com

Daniel H. Wade
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Email: wade@fr.com

Attorneys for Defendant
Xilinx, Inc.