# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FG SRC LLC,<br><br>    Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>    Defendant. | Case No. 1:20-cv-00601-LPS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 22, 2022, a true and correct copy of:

- Plaintiff's Notice of Subpoena Duces Tecum for Apple Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for Argo AI, LLC;
- Plaintiff's Notice of Subpoena Duces Tecum for Arista Networks, Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for BAE Systems, Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for Boeing Company;
- Plaintiff's Notice of Subpoena Duces Tecum for Ciena Corporation;
- Plaintiff's Notice of Subpoena Duces Tecum for Cisco Systems, Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for Corning Optical Communications LLC;
- Plaintiff's Notice of Subpoena Duces Tecum for Fujitsu America, Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for General Atomics;
- Plaintiff's Notice of Subpoena Duces Tecum for Koch Industries, Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for KLA Corporation;
- Plaintiff's Notice of Subpoena Duces Tecum for Leonardo DRS, Inc.
- Plaintiff's Notice of Subpoena Duces Tecum for Mavenir Systems Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for Mouser Electronics, Inc.;
- Plaintiff's Notice of Subpoena Duces Tecum for NetQuest Corp.;
- Plaintiff's Notice of Subpoena Duces Tecum for Nokia of America Corporation;
- Plaintiff's Notice of Subpoena Duces Tecum for Robert Bosch LLC;
- Plaintiff's Notice of Subpoena Duces Tecum for Siemens Corporation;
- Plaintiff's Notice of Subpoena Duces Tecum for Teradek LLC; and

- Plaintiff's Notice of Subpoena Duces Tecum for Teradyne, Inc.

were served on the below-listed counsel of record for Defendant Xilinx, Inc. via electronic mail:

Warren K. Mabey, Jr.
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
mabey@fr.com

Esha Bandyopadhyay
Bryan K. Basso
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
bandyopadhyay@fr.com
basso@fr.com

David M. Hoffman
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
dhoffman@fr.com

Ashley A. Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
bolt@fr.com

Dated: March 22, 2022

Respectfully submitted,

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Michael W. Shore* (mshore@shorechan.com)
Alfonso Garcia Chan* (achan@shorechan.com)
Ari B. Rafilson* (arafilson@shorechan.com)
William D. Ellerman* (wellerman@shorechan.com)
Paul T. Beeler* (pbeeler@shorechan.com)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

*Counsel for Plaintiff FG SRC LLC*
\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on all counsel of record via electronic mail on March 22, 2022.

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis