**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FG SRC LLC, | |
| *Plaintiff,* | |
| v. | C.A. No. 20-cv-601-WCB |
| XILINX, INC., | |
| *Defendant.* | |

## DEFENDANT XILINX, INC.'S MOTION FOR A PROTECTIVE ORDER

Defendant, Xilinx, Inc. ("Xilinx") respectfully moves this Court for a Protective Order, in

the form attached hereto, pursuant to Fed. R. Civ. P. 26(c).  Xilinx further requests that the Court

grant such other and further relief to which Xilinx and its customers may be entitled.

The grounds for this motion are further set forth in Xilinx's Opening Brief In Support of

its Motion for a Protective Order.

Dated: March 28, 2022          FISH & RICHARDSON P.C.

By:  */s/ Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (#5775)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone: (302) 652-5070
Email: mabey@fr.com

David M. Hoffman
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Email: dhoffman@fr.com

Esha Bandyopadhyay
Bryan K. Basso
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Email: bandyopadhyay@fr.com

basso@fr.com

Ashley A. Bolt
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-879-7229
Email:  bolt@fr.com

Ryan M. Teel
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Email: teel@fr.com

Daniel H. Wade
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Email: wade@fr.com

***Attorneys for Defendant, Xilinx, Inc.***