IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FG SRC LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>XILINX, INC.,<br><br>        Defendant. | C.A. No. 20-cv-601-WCB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 30, 2022, a true and correct copy of **Xilinx, Inc.'s Objections and Responses to FC SRC LLC's Third Set of Requests for Production (Nos. 70-72) and Xilinx, Inc.'s Objections and Responses to FC SRC LLC's Fourth Set of Interrogatories (Nos. 21-23)** were caused to be served by electronic mail on the counsel of record listed below:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>stamoulis@swdelaw.com<br>weinblatt@swedelaw.com | Michael W. Shore<br>Alfonso Garcia Chan<br>Ari B. Rafilson<br>William D. Ellerman<br>Paul T. Beeler<br>SHORE CHAN LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75202<br>TeamFGSRC_Xilinx@shorechan.com |

Dated: March 30, 2022					FISH & RICHARDSON P.C.

							By: /s/ *Warren K. Mabey, Jr.*
								Warren K. Mabey, Jr. (#5775)
								222 Delaware Avenue, 17th Floor
								Wilmington, DE  19801
								Telephone: (302) 652-5070
								Email: mabey@fr.com

								David M. Hoffman
								FISH & RICHARDSON P.C.
								111 Congress Avenue, Suite 810
								Austin, TX 78701
								Telephone: (512) 472-5070
								Email: dhoffman@fr.com

								Esha Bandyopadhyay
								Bryan K. Basso
								FISH & RICHARDSON P.C.
								500 Arguello Street, Suite 400
								Redwood City, CA 94063
								Telephone: (650) 839-5070
								Email: bandyopadhyay@fr.com
								basso@fr.com

								Ashley A. Bolt
								FISH & RICHARDSON P.C.
								1180 Peachtree Street NE, 21st Floor
								Atlanta, GA 30309
								Telephone: 404-879-7229
								Email:  bolt@fr.com

								Ryan M. Teel
								1000 Maine Avenue, S.W., Suite 1000
								Washington, DC 20024
								Telephone: (202) 783-5070
								Email: teel@fr.com

								Daniel H. Wade
								One Marina Park Drive
								Boston, MA 02210
								Telephone: (617) 542-5070
								Email: wade@fr.com

							Attorneys for Defendant
							Xilinx, Inc.