IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FG SRC LLC,<br><br>        Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>        Defendant. | C.A. No. 20-cv-601-WCB |

## XILINX, INC.'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Xilinx, Inc., discloses that Xilinx, Inc., is a wholly owned subsidiary of Advanced Micro Devices, Inc. No publicly held corporation owns 10% or more of Advanced Micro Devices, Inc.'s stock.

Dated: April 7, 2022

FISH & RICHARDSON P.C.

By: */s/ Warren K. Mabey, Jr.*
    Warren K. Mabey, Jr. (#5775)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    Email: mabey@fr.com

    David M. Hoffman
    FISH & RICHARDSON P.C.
    111 Congress Avenue, Suite 810
    Austin, TX 78701
    Telephone: (512) 472-5070
    Email: dhoffman@fr.com

    Esha Bandyopadhyay
    Bryan K. Basso
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 400
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Email: bandyopadhyay@fr.com
    basso@fr.com

Ashley A. Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-879-7229
Email: bolt@fr.com

Ryan M. Teel
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Email: teel@fr.com

Daniel H. Wade
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Email: wade@fr.com

Attorneys for Defendant
Xilinx, Inc.