**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FG SRC LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 20-00601-WCB |
| | § | |
| XILINX, INC. | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**<u>REVISED SCHEDULING ORDER</u>**

On April 8, 2022, I granted plaintiff FG SRC LLC's motion to extend the deadline for fact

discovery by five months.  Dkt. No. 146.  That extension requires that several other dates in the

scheduling order be revised.  Accordingly, the Scheduling Order previously entered in this case,

Dkt. No. 38, is revised to reflect the new dates set forth in the table below.

| Event | Original Scheduling Order Date | Revised Scheduling Order Date |
|---|---|---|
| Fact Discovery Cut Off | May 2, 2022 | October 3, 2022 |
| Final Supplementation of Accused Products and Invalidity References | May 2, 2022 | October 3, 2022 |
| Plaintiff's Final Infringement Contentions | May 13, 2022 | October 14, 2022 |
| Defendant's Final Invalidity Contentions | June 3, 2022 | November 4, 2022 |
| Initial Expert Reports | July 5, 2022 | December 6, 2022 |
| Rebuttal Expert Reports | August 9, 2022 | January 10, 2023 |
| Reply Expert Reports | August 30, 2022 | January 31, 2023 |
| Expert Depositions Completed | October 4, 2022 | March 7, 2023 |
| Case Dispositive Motions: Opening Briefs | November 1, 2022 | April 3, 2023 |
| Case Dispositive Motions: Answering Briefs | November 22, 2022 | April 24, 2023 |
| Case Dispositive Motions: Reply Briefs | December 8, 2022 | May 8, 2023 |

| Argument on Case Dispositive Motions | January 5, 2023 | To be determined, if necessary |
| Joint Pretrial Order | February 16, 2023 | To be determined |
| Pretrial Conference | February 23, 2023 | To be determined |
| Trial | March 20–24, 2023 | To be determined |

IT IS SO ORDERED.

SIGNED this 8th day of April, 2022.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE