

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA CM/ECF**

May 2, 2022

**Warren K. Mabey, Jr.**
Principal
mabey@fr.com
302 778 8456  direct

The Honorable William C. Bryson
United States Court of Appeals
717 Madison Place, N.W.
Washington, DC 20439-0000

Re: *FG SRC LLC v. Xilinx, Inc.*, No. 1:20-cv-00601-LPS
    **Joint Letter Requesting Discovery Teleconference**

Dear Judge Bryson:

Pursuant to § 8.g of the Scheduling Order (D.I. 38), the parties in the above-referenced matter submit this joint letter to request the scheduling of a discovery teleconference.

On April 5, 2022, the following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone:

Plaintiff's Counsel: Ari Rafilson, Paul Beeler, Will Ellerman, Corey Lipschutz, and Stamatios Stamoulis (Delaware Counsel)

Defendant's Counsel: Esha Bandyopadhyay and Warren Mabey (Delaware Counsel)

The dispute relates to Plaintiff FG SRC LLC's First Request for Admission of Authenticity to Defendant Xilinx, Inc. (Nos. 1-23688). The dispute requiring judicial attention is whether Defendant is required to respond to these 23,688 Request for Admission of Authenticity.

Despite good faith efforts to resolve the above issue, the parties are currently at an impasse and respectfully request the Court's guidance as to the proper resolution.

As a related matter Plaintiff FG SRC LLC has agreed that the deadline for Defendant Xilinx, Inc. to respond to Plaintiff's First Requests for Admission is tolled pending the Court's decision on this issue.



The Honorable William C. Bryson
May 2, 2022
Page 2


Respectfully submitted,


By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com;
weinblatt@swdelaw.com

Michael W. Shore* (mshore@shorechan.com)
Alfonso Garcia Chan* (achan@shorechan.com)
Ari B. Rafilson* (arafilson@shorechan.com)
William D. Ellerman*
(wellerman@shorechan.com)
Paul T. Beeler* (pbeeler@shorechan.com)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Tel: (214) 593-9110
Facsimile (214) 593-9111

*Attorneys for Plaintiff FG SRC LLC*

* Admitted *pro hac vice*

By: */s/ Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (#5775)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
302-652-5070
mabey@fr.com

David M. Hoffman*
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Email: dhoffman@fr.com

Esha Bandyopadhyay*
Bryan K. Basso*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Email: bandyopadhyay@fr.com
basso@fr.com

Ashley A. Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-879-7229
Email: bolt@fr.com

Ryan M. Teel
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Email: teel@fr.com



The Honorable William C. Bryson
May 2, 2022
Page 3

                                                  Daniel H. Wade
                                                  One Marina Park Drive
                                                  Boston, MA 02210
                                                  Telephone: (617) 542-5070
                                                  Email: wade@fr.com

                                                  *Attorneys for Defendant Xilinx, Inc.*